IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOHANNES PIETER JANSE VAN
RENSBURG; GRAHAM PATRICK
THEUNISSEN; ZEB VAN WYK;
JACOBUS JOHANNES RABIE; and
SHAUN NIEUWOUDT                                                                  PLAINTIFFS

v.                                            No. 3:19-cv-8-DPM

ROBERT HOOD; MICHAEL HOOD,
both d/b/a Hood Brothers Farms; and
HOOD BROTHERS FARMS                                                        DEFENDANTS

ORDER

Joint report regarding the settlement agreement, *Doc. 50*, appreciated. Joint motion, *Doc. 48*, granted. The proposed settlement is fair, reasonable, and adequate. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982); *see also Barbee v. Big River Steel, LLC*, 927 F.3d 1024, 1027 (8th Cir. 2019); *Melgar v. OK Foods*, 902 F.3d 775, 779 (8th Cir. 2018). It reflects a good-faith resolution of a *bona fide* wages dispute and other claims. The attorney's fee was negotiated separately, without regard to Plaintiffs' FLSA claim, and the Court sees no conflict of interest in the circumstances here. *Barbee*, 927 F.3d at 1027 n.1. Counsel put substantially more work into the case than they've agreed to get paid for. The Court will dismiss the complaint with prejudice and retain jurisdiction for a time to enforce the settlement.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 January 2021