IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOHANNES PIETER JANSE VAN
RENSBURG; GRAHAM PATRICK
THEUNISSEN; ZEB VAN WYK;
JACOBUS JOHANNES RABIE; and
SHAUN NIEUWOUDT                                                   PLAINTIFFS

v.                       No. 3:19-cv-8-DPM

ROBERT HOOD; MICHAEL HOOD,
both d/b/a Hood Brothers Farms; and
HOOD BROTHERS FARMS                                               DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 31 March 2021 to enforce the parties' settlement agreement.

_____
D.P. Marshall Jr.
United States District Judge

15 January 2021